# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Lawrence Meredith, Jr. | : | |
| | : | |
| Debtor | : | Bankruptcy No. 18-16441 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 28 and October 17, this case is hereby DISMISSED.

_____
Jean K. FitzSimon
United States Bankruptcy Judge

**Date: November 6, 2018**

Missing Documents:
   Atty Disclosure Statement
   Chapter 13 Plan
   Schedules AB-J
   Statement of Financial Affairs
   Summary of Assets and Liabilities Form B106
   Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
   Means Test Calculation Form 122C-2

bfmisdoc