IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

In re:

LAWRENCE MEREDITH, JR.   Chapter 13

Debtor    Bankruptcy No. 18-16441-JKF

### ORDER

AND NOW, it is ORDERED that the Order Dismissing the Debtor erroneously entered on November 6, 2018 is VACATED and the Bankruptcy is REINSTATED.

Dated: November 8, 2018

HONORABLE JEAN FITZSIMON
U.S. BANKRUPTCY JUDGE