United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-16441-jkf
Lawrence Meredith, Jr.                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD               Page 1 of 2             Date Rcvd: Nov 06, 2018
                              Form ID: pdf900            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
db          +Lawrence Meredith, Jr.,    8446 Bayard Street,    Philadelphia, PA 19150-1610
14204478    +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14204480    +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
14204481    +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14204482    +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
              St Louis, MO 63179-0034
14204485    +Philadelphia Parking Authority,    2467 Grant Avenue,    Philadelphia, PA 19114-1004
14204486    +Richard Squire,    115 West Avenue,    Suite 104,    Jenkintown, PA 19046-2031
14218661    +Rushmore Loan Management Services,    c/o Rebecca A Solarz, Esquire,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14204487    +Santander Bank,    Mail Code: MA1-MB3-01-21,    2 Morrissey Boulevard,    Boston, MA 02125-3312
14204491    +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
14204492    +Wilmington Savings Funds Society,    c/o Rushmore Loan Management,
              15480 Laguna Canyon Road  suite 100,    Irvine, CA 92618-2132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Nov 07 2018 02:37:38     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2018 02:37:15
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2018 02:37:37     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:35:37     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14204479    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 07 2018 02:35:36     Capital One,
              Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14208800     E-mail/Text: mrdiscen@discover.com Nov 07 2018 02:37:07     Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14204483     E-mail/Text: mrdiscen@discover.com Nov 07 2018 02:37:07     Discover Financial,   Po Box 3025,
              New Albany, OH 43054-3025
14205652    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2018 02:35:37
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14204488    +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:36:21     Syncb/hdceap,    Attn: Bankruptcy,
              Po Box 965060,   Orlando, FL 32896-5060
14204489    +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:36:21     Synchrony Bank/TJX,
              Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14204490    +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:34:57     Synchrony Bank/Walmart,
              Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14204484    +E-mail/Text: bkr@cardworks.com Nov 07 2018 02:37:05      ollo,   Attn: Bankruptcy,   Po Box 9222,
              Old Bethpage, NY 11804-9222
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: TashaD            Page 2 of 2             Date Rcvd: Nov 06, 2018
                              Form ID: pdf900         Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:

        ERIK B. JENSEN    on behalf of Debtor Lawrence   Meredith, Jr. akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com

        REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com

        WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                 :        Chapter   13

                                      :
Lawrence Meredith, Jr.
                                      :

        Debtor                        :        Bankruptcy No. 18-16441

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 28 and October 17, this case is hereby DISMISSED.

_____
Jean K. FitzSimon
United States Bankruptcy Judge

**Date: November 6, 2018**

Missing Documents:
  Atty Disclosure Statement
  Chapter 13 Plan
  Schedules AB-J
  Statement of Financial Affairs
  Summary of Assets and Liabilities Form B106
  Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
  Means Test Calculation Form 122C-2

bfmisdoc