# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Lawrence Meredith Jr. <br> **Debtor(s)** | **CHAPTER 13** |
| **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust** <br> **Movant** | **NO.** 18-16441 JKF |
| vs. | |
| **Lawrence Meredith Jr.** <br> **Respondent(s)** | |
| **William C. Miller Esq.** <br> **Trustee** | |

## ORDER

Upon consideration of the Motion to Reconsider Relief from the Automatic Stay filed by Debtor, it is **Ordered** and **Decreed** that the Motion is **denied**.

Dated: April 5, 2019

_____
Bankruptcy Judge
Jean K. FitzSimon