United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16441-jkf
Lawrence Meredith, Jr.                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD            Page 1 of 1            Date Rcvd: Apr 08, 2019
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.
db             +Lawrence Meredith, Jr.,    8446 Bayard Street,    Philadelphia, PA 19150-1610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Lawrence  Meredith, Jr. akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT  WATERMAN ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              SCOTT    WATERMAN    ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:   Lawrence Meredith Jr.<br>                         Debtor(s) | CHAPTER 13 |
| **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust**<br>                         Movant | **NO.** 18-16441 JKF |
| vs. | |
| **Lawrence Meredith Jr.**<br>                         Respondent(s) | |
| **William C. Miller Esq.**<br>                         Trustee | |

**ORDER**

Upon consideration of the Motion to Reconsider Relief from the Automatic Stay filed by Debtor, it is **Ordered** and **Decreed** that the Motion is **denied**.

Dated: April 5, 2019

_____
Bankruptcy Judge
Jean K. FitzSimon