Lawrence Meredith

BK CASE # 18-16441

The purpose of this note is to notify the court that I have terminated the service of my Atty of Record (Eric Jenson) and will continue my Bk case 18-16441, pro se.

Lawrence Meredith, Jr.



FILED
APR 10 2019
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK