UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

LAWRENCE   MEREDITH JR

                                                                   : Bankruptcy No. 18-16441JKF
Debtor(s)                                                      : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

      AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      ORDERED, that any wage orders are hereby vacated.

**Date: July 31, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ERIK B JENSEN ESQ
JENSEN BAGNATO PC
1500 WALNUT ST   SUITE 1920
PHILADELPHIA PA 19102-3509

LAWRENCE   MEREDITH JR
8446 BAYARD STREET
PHILADELPHIA, PA 19150