United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16441-jkf
Lawrence Meredith, Jr.                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: dlv                 Page 1 of 2                  Date Rcvd: Jul 31, 2019
                              Form ID: pdf900           Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
```
db             +Lawrence Meredith, Jr.,    8446 Bayard Street,    Philadelphia, PA 19150-1610
14204478       +Barclays Bank Delaware,    Po Box 8803,   Wilmington, DE 19899-8803
14204480       +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,   St. Louis, MO 63179-0441
14204481       +Citibank/Sears,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14204482       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14325626       +City of Philadelphia and/or,    Water Revenue Bureau,    c/o PAMELA ELCHERT THURMOND,
                 1401 JFK Boulevard, 5th Floor,    Philadelphia, PA 19102-1663
14204485       +Philadelphia Parking Authority,    2467 Grant Avenue,    Philadelphia, PA 19114-1004
14204486       +Richard Squire,    115 West Avenue,    Suite 104,   Jenkintown, PA 19046-2031
14241492       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14218661       +Rushmore Loan Management Services,    c/o Rebecca A Solarz, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14204487       +Santander Bank,    Mail Code: MA1-MB3-01-21,    2 Morrissey Boulevard,    Boston, MA 02125-3312
14204491       +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
14231699        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14204492       +Wilmington Savings Funds Society,    c/o Rushmore Loan Management,
                 15480 Laguna Canyon Road  suite 100,    Irvine, CA 92618-2132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 01 2019 03:27:44      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2019 03:27:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2019 03:27:38      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: megan.harper@phila.gov Aug 01 2019 03:27:43      CITY OF PHILADELPHIA,
                 Tax & Revenue Unit,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    Major Tax Litigation Division,
                 Philadelphia, PA 19102-1613
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 03:31:12      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14290563       +E-mail/Text: megan.harper@phila.gov Aug 01 2019 03:27:44
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14204479       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 03:31:52      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14238193        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 01 2019 03:32:35
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
14208800         E-mail/Text: mrdiscen@discover.com Aug 01 2019 03:26:54      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14204483       +E-mail/Text: mrdiscen@discover.com Aug 01 2019 03:26:54      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14238561        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 03:54:31
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14205652       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2019 03:31:55
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14204488       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 03:31:12      Syncb/hdceap,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14204489       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 03:32:32      Synchrony Bank/TJX,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14204490       +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 03:32:32      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14204484       +E-mail/Text: bkr@cardworks.com Aug 01 2019 03:26:51      ollo,    Attn: Bankruptcy,    Po Box 9222,
                 Old Bethpage, NY 11804-9222
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14294769*      +CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: dlv                 Page 2 of 2                   Date Rcvd: Jul 31, 2019
                              Form ID: pdf900           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              PAMELA ELCHERT THURMOND    on behalf of Creditor    CITY OF PHILADELPHIA pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                              :

LAWRENCE   MEREDITH JR

                                                 : Bankruptcy No. 18-16441JKF
    Debtor(s)                     : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

       AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

       ORDERED, that any wage orders are hereby vacated.

**Date: July 31, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ERIK B JENSEN ESQ
JENSEN BAGNATO PC
1500 WALNUT ST   SUITE 1920
PHILADELPHIA PA 19102-3509

LAWRENCE   MEREDITH JR
8446 BAYARD STREET
PHILADELPHIA, PA 19150